IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE (a fictitious name), | No. 4:21-CV-01343 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LOYALSOCK TOWNSHIP SCHOOL DISTRICT, *et al.*, | |
| Defendants. | |

## ORDER

**APRIL 13, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Defendants' Motion to Dismiss (Doc. 10) is **GRANTED IN PART, DENIED IN PART**:

1. The Defendants' motion to dismiss Counts I (Title IX), III (negligence), IV (negligent infliction of emotion distress), VI (negligent failure to rescue), VII (negligent failure to warn), and VIII (negligence *per se*) is **DENIED**.

2. The Defendants' motion to dismiss Counts II (vicarious liability) and V (intentional infliction of emotional distress) is **GRANTED WITH PREJUDICE**.

3. Consistent with Federal Rule of Civil Procedure 12, the Defendants are directed to file an Answer by May 4, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge