Docusign Envelope ID: 24C6DB6F-8324-4576-ADD3-76EF37EBA861

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE (a ficticious name)<br><br>Plaintiff,<br><br>v.<br><br>LOYALSOCK TOWNSHIP SCHOOL DISTRICT; and<br>JOHN and JANE DOE #1-#10 (ficticious names), whose true identities are currently unknown to Plaintiff,<br><br>Defendants. | Docket No. **4:21-cv-1343-MWB**<br><br><br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

## SUBSTITUTION OF APPEARANCE

Notice is hereby given that, subject to approval by the Court, Plaintiff Jane Doe substitutes Jillian Roth, Esq., State Bar No. 325987, of Stark & Stark, P.C., as counsel of record in place of Gaetano A. D'Andrea, Esq. and Michael J. McFarland, Esq., of Laffey, Bucci & Kent, LLP (n/k/a Laffey, Bucci, D'Andrea, Reich & Ryan, LLP) and Brian D. Kent, Esq.

Contact information for Jillian Roth, Esq. is as follows:

    Firm Name:    Stark & Stark, P.C.
    Address:      777 Township Line Rd., Suite 120, Yardley, PA 19067
    Telephone:    (267) 907-9607
    Email:         jroth@stark-stark.com

**I consent to the above substitution.**

Date: July 13, 2024

*DocuSigned by:*
*Melissa Buch*
**Plaintiff Jane Doe**

4877-5763-4511, v. 1

Docusign Envelope ID: 24C6DB6F-8324-4576-ADD3-76EF37EBA861

**I consent to being substituted.**

| | |
|---|---|
| Date: _____ | **Brian D. Kent, Esq.** |
| Date: 07/11/2024 | **Gaetano A. D'Andrea, Esq.** |
| Date: 07/11/2024 | **Michael J. McFarland, Esq.** |

**I consent to the above substitution.**

Date: August 1, 2024        **Jillian Roth, Esq.**

**The substitution of attorneys is hereby approved and so ORDERED.**

Date: _____        BY THE COURT:

_____
**Matthew W. Brann**
**Chief United States District Judge**

4877-5763-4511, v. 1