IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, | No. 4:21-CV-01343 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LOYALSOCK TOWNSHIP SCHOOL DISTRICT, *et al.*, | |
| Defendants. | |

# ORDER

AUGUST 26, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Partial Motion for Summary Judgment (Doc. 71) is **GRANTED IN PART** and **DENIED IN PART**:

    a. Summary Judgment is granted as to Count VIII (Negligence Per Se);

    b. Defendant's Partial Motion for Summary Judgment is **OTHERWISE DENIED**; and

2. A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge