**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE,<br>　　　　　Plaintiff,<br>　v.<br><br>LOYALSOCK TOWNSHIP SCHOOL<br>DISTRICT,<br>　　　　　Defendant. | No. 4:21-CV-01343<br><br>(Chief Judge Brann) |

## ORDER

**APRIL 28, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.　Defendant's First Motion in Limine to Preclude Statement, Reference or Argument that Plaintiff is entitled to and should be awarded Title IX Emotional Distress Damages (Doc. 96) is **DENIED WITHOUT PREJUDICE**;

2.　Defendant's Second Motion in Limine to Preclude any Statement, Reference, or Argument that Defendant had actual knowledge of Prior Sexual Abuse of a Different Female Student (Doc. 98) is **DENIED WITHOUT PREJUDICE**;

3.　Plaintiff's First Motion in Limine to Permit Plaintiff's Use of Multimedia Aids in Opening Statement (Doc. 100) is **DENIED WITHOUT PREJUDICE**;

      i.      Multimedia and documents sought to be used in either party's opening statement must be produced to the opposing counsel by May 18, 2026.

      ii.     If the opposing party objects to the usage of any of the evidence, its objections must be filed with this Court by May 25, 2026.

4. Plaintiff's Second Motion in Limine to Introduce Evidence of Prior Complaints of Abuse (Doc. 101) is **GRANTED**;

5. Defendant's Third Motion in Limine to Preclude Evidence of Outside of School Grooming or Sex Abuse between Plaintiff and Her Abuser (Doc. 102) is **DENIED WITHOUT PREJUDICE**;

6. Plaintiff's Third Motion in Limine to Preclude Taxpayer Impact Argument or References (Doc. 106) is **GRANTED**;

7. Plaintiff's Fourth Motion in Limine to Exclude Portions of Defense Expert Report and Testimony (Doc. 108) is **DENIED WITHOUT PREJUDICE**;

8. Defendant must file a supplement to its pre-trial memorandum by **May 12, 2026**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2