# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, | No. 4:21-CV-01343 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LOYALSOCK TOWNSHIP SCHOOL DISTRICT, | |
| Defendant. | |

## ORDER

### JUNE 8, 2026

**IT IS HEREBY ORDERED** that:

1.  Defendant Loyalsock Township School District's Motion for Judgment as a matter of law (Doc. 167) is **GRANTED IN PART AND DENIED IN PART**;

    a.  The motion is **GRANTED** as to the statute of limitations argument related to Plaintiff's Title IX claim;

    b.  As a result, Plaintiff's Title IX claim (Count I of the complaint) is **DISMISSED**;

    c.  The Motion is **DENIED** as to all other aspects;

    d.  Trial will proceed on Plaintiff's negligence and negligent infliction of emotional distress claims;

2

2.      Plaintiff Jane Doe's Motion to Strike (contained in her brief in

opposition to the above motion, at Doc. 169) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge