AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

JANE DOE
*Plaintiff*
v.
LOYALSOCK TOWNSHIP SCHOOL DISTRICT
*Defendant*

Civil Action No. 4:21-CV-01343

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Judgment is entered in favor of Plaintiff and against Defendant in the amount of two million, eight hundred twenty-five thousand, ($2,825,000.00) dollars.

This action was *(check one)*:

☑ tried by a jury with Judge Matthew W. Brann presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

❒ decided by Judge ______ on a motion for ______ .

Date: June 9, 2026

*CLERK OF COURT*

s/ J. Rhinehart, deputy clerk
*Signature of Clerk or Deputy Clerk*