Flanigan & Roth
ATTORNEYS AT LAW

**Jillian Roth, Esq.**
**Jenny Flanigan, Esq.**
1518 Walnut Street, Suite 1408
Philadelphia, PA 19102
(215) 990-1959
jill@flaniganroth.com
jenny@flaniganroth.com

August 14, 2026

VIA EMAIL

**Hon. Matthew W. Brann, Chief Judge**
U.S. District Court, Middle District of Pennsylvania
Herman T. Schneebeli Federal Building & U.S. Courthouse
240 West Third Street, Suite 218
Williamsport, PA 17701

Dear Chief Judge Brann and chambers,

I write jointly with defense counsel to advise the Court that the above-captioned matter has reached a global resolution. Settlement funds have not yet fully cleared. Once they have, the parties will promptly advise the Court.

The parties are grateful to the Court and grateful to all Court and chambers staff for their attention to this matter throughout.

Best regards,

**Jillian P. Roth, Esq.**
Co-Founding Partner
Flanigan & Roth, PLLC

cc. Counsel for Loyalsock Township School District