MARSHALL DENNEHEY

200 Corporate Center Drive, Suite 300, Camp Hill, PA 17011
(717) 651-3500 Fax (717) 651-3707

Direct Dial: (717) 651-3503
Email: smodonnell@mdwcg.com

August 27, 2026

***VIA ELECTRONIC MAIL***

The Honorable Matthew W. Brann
U.S. District Court for the Middle District of Pennsylvania
Herman T. Schneebeli Federal Bldg. & U.S. Courthouse
240 West Third Street, Suite 218
Williamsport, PA 17701

RE: Jane Doe v. Loyalsock Township School District
Docket No. USDC, MDPA No. 21-cv-01343
Our File No. 12100.00413

Dear Judge Brann:

Please be advised that Defendants have made full and final payment in satisfaction of the judgment filed to the above term and number, which has been received by Plaintiff's counsel.

The parties, via counsel, request this Court to enter an Order marking the judgment satisfied. The entire case, including all motions filed, post-trial, should be marked settled, ended, and closed.

Thank you once again for your administration of this proceeding.

Respectfully,

*/s/ Sharon M. O'Donnell*

Sharon M. O'Donnell

SMO

cc: Thomas Specht, Esquire
Suzanne Tigue, Esquire
Jill Roth, Esquire
Jennifer Flanigan, Esquire